Arthur E. Kissell, appellant, v. Bessie May Kissell, appellee. Gen. No. 29,320.

Bill for annulment of marriage. Dismissed. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first

district at the March term, 1924. Affirmed. Opinion filed December 16, 1924.

Otto Baer, for appellant. Bangs & Frankhauser, for appellee; Walter W. Weiss, of counsel.

Mr. Justice Barnes delivered the opinion of the court.